# EXHIBIT B

C:\Program Files\Microsoft Office\Templates\S&P\Blank.dot

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| STEVE STRICKLAND, as Personal Representative of the Estate of Arnold Strickland, and HENRY MEALER as Personal Representative of the Estate of Ace Mealer,<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., WAL-MART STORES, INC., GAMESTOP, INC., and DEVIN MOORE,<br><br>Defendants. | Case No. |

## JOINDER IN AND CONSENT TO REMOVAL BY DEFENDANT SONY COMPUTER ENTERTAINMENT OF AMERICA INC.

Defendant Sony Computer Entertainment of America Inc., pursuant to 28 U.S.C. §§ 1441 and 1446 hereby joins in and consents to removal of the action entitled Steve Strickland, et al., v. Sony Corporation of America, Inc., et al., Case CV-2005-19 in the Circuit Court of Fayette County, Alabama to the United States District Court for the Northern District of Alabama.

The grounds for removal are stated in the Notice of Removal filed by Defendant Take-Two Interactive Software, Inc.

Respectfully submitted,

BY: _____
Riley R. Russell, General Counsel
Sony Computer Entertainment of America Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

Dated: Feb 25, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| STEVE STRICKLAND, as Personal Representative of the Estate of Arnold Strickland, and HENRY MEALER as Personal Representative of the Estate of Ace Mealer, <br><br> Plaintiffs, <br><br> v. <br><br> SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., WAL-MART STORES, INC., GAMESTOP, INC., and DEVIN MOORE, <br><br> Defendants. | Case No. |

## JOINDER IN AND CONSENT TO REMOVAL BY DEFENDANT SONY COMPUTER ENTERTAINMENT INC.

Defendant Sony Computer Entertainment Inc., pursuant to 28 U.S.C. §§ 1441 and 1446 hereby joins in and consents to removal of the action entitled <u>Steve Strickland, et al., v. Sony Corporation of America, Inc., et al.</u>, Case CV-2005-19 in the Circuit Court of Fayette County, Alabama to the United States District Court for the Northern District of Alabama.

The grounds for removal are stated in the Notice of Removal filed by Defendant Take-Two Interactive Software, Inc.

Respectfully submitted,

BY: _____*Teruyuki Kobayashi*_____
On behalf of
Sony Computer Entertainment Inc.

Dated: _March 03_, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

STEVE STRICKLAND, as Personal Representative
of the Estate of Arnold Strickland, and
HENRY MEALER as Personal Representative of the
Estate of Ace Mealer,

Case No.

Plaintiffs,

SONY CORPORATION OF AMERICA,
SONY COMPUTER ENTERTAINMENT, INC.,
SONY COMPUTER ENTERTAINMENT OF
AMERICA, INC., TAKE-TWO INTERACTIVE
SOFTWARE, INC., WAL-MART STORES, INC.,
GAMESTOP, INC., and DEVIN MOORE,

Defendants.

## JOINDER IN AND CONSENT TO REMOVAL BY DEFENDANT SONY CORPORATION OF AMERICA

Defendant Sony Corporation of America, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby joins in and consents to removal of the action entitled *Steve Strickland, et al., v. Sony Corporation of America, et al.*, Case CV-2005-19 in the Circuit Court of Fayette County, Alabama to the United States District Court for the Northern District of Alabama.

523653.01111/21361490v1

The grounds for removal are stated in the Notice of Removal filed by Defendant Take-Two Interactive Software, Inc.

Respectfully submitted,

BY: _____
On behalf of
Sony Corporation of America

Dated: _February 22_, 2005