FILED
2005 Mar-08 AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| STEVE STRICKLAND, as Personal Representative of the Estate of Arnold Strickland, and HENRY MEALER, as Personal Representative of the Estate of Ace Mealer,<br><br>  Plaintiffs,<br><br>v.<br><br>SONY CORPORATION OF AMERICA; SONY COMPUTER ENTERTAINMENT, INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.; WAL-MART STORES, INC.; GAMESTOP, INC.; DEVIN MOORE; et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO PLAINTIFFS OF REMOVAL

TO:  Patrick Gray, Esq.
    NELSON, DORROH, GRAY & NEWSOME, L.L.C.
    2216 14th Street
    Tuscaloosa, Alabama 35401

Please take notice that Defendant Take-Two Interactive Software, Inc., by and through the undersigned counsel of record, has this date filed the attached Notice of Removal in the United States District Court for the Northern District of Alabama, Jasper Division, to remove the above-styled cause of action from the Circuit Court of Fayette County, Alabama, to the United States District Court for the Northern District of Alabama, Jasper Division. You are also advised that a true and correct copy of the Notice of Removal is being filed with Clerk of the Circuit Court of Fayette County, Alabama, which will effectuate this removal.

The notices to the respective courts are attached hereto.

DONE this _____ day of March, 2005.

/s/ Stephen Geisler
Robert R. Baugh, Esq.
J. Rushton McClees, Esq.
Christopher S. Berdy, Esq.
Stephen R. Geisler, Esq.
Attorneys for Defendant Take-Two Interactive Software, Inc.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P. O. Box 55727
Birmingham, Alabama  35255-5727
Telephone:  205-930-5100
Facsimile:  205-930-5335

**BLANK ROME LLP**
James T. Smith, Esq.
Rebecca D. Ward, Esq.
One Logan Square
Philadelphia, Pennsylvania 19103
Telephone:  215-569-5500
Facsimile:  215-569-5555

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record for all parties to this proceeding by facsimile and by mailing a copy of same by United States mail, first-class postage prepaid, this the 4 day of March, 2005:

Patrick Gray, Esq.
NELSON, DORROH, GRAY & NEWSOME, L.L.C.
2216 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 349-3449
Facsimile: (205) 345-5281

_____
Of Counsel