FILED

2005 Mar-15  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

STEVE STRICKLAND, et al.,

     PLAINTIFFS,

vs.                                                    CASE NO. CV 05-J-479-J

SONY CORPORATION OF AMERICA,
et al.,

     DEFENDANTS.

## ORDER

In accordance with the accompanying memorandum opinion entered this day,

It is **ORDERED** by the court that this case is **REMANDED** to the Circuit

Court of Fayette County, Alabama, the court finding that this action was

improvidently removed.

**DONE** and **ORDERED** this the 15th day of March, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE